FILED
DEC 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07cr3338-DMS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| CARLOS MANUEL ARAIZA, AKA Carlos Manuel Ariaza-Marquez | |
| Defendant. | |

The United States Attorney charges:

On or about November 9, 2007, within the Southern District of California, defendant CARLOS MANUEL ARAIZA, did knowingly and intentionally import 500 grams or more, to wit: approximately 1.15 kilograms (approximately 2.53 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/12/07.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:San Diego
11/19/07