AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES OF AMERICA

v.

CARLOS MANUEL ARAIZA,
AKA Carlos Mnauel Araiza-Marquez

#17

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3338 DMS
07MJ2640

I, CARLOS MANUEL ARAIZA, the above-named defendant, who is accused of committing the following offense:

Importation of cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12-13-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Carlos Araiza   12/13/07
Defendant

_____
Defense Counsel
CHRISTIAN DE OLIVAS

Before _____
Judicial Officer