1  **Christian De Olivas**
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:   (714) 646-3721

**FILED**
DEC 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07cr3338-DMS

| UNITED STATES OF AMERICA, | Case No: 3:07-mj-02640-NLS-1 |
|---|---|
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| ARAIZA, Carlos Manuel | |
| Defendant | |

_Carlos Manuel Araiza_ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, ~~Frank M. Murphy, III~~.

DATED: 12/3/07             _Carlos Araiza_
                                              DEFENDANT

I consent to the above substitution.

DATED: 12/13/07            _[signature]_
                                              PRESENT ATTORNEY

//

1      3:07-mj-02640-NLS-1
                                              CASE NO.

1  I am duly admitted to practice in this district.
2  I accept the above substitution.
3
4  DATED: 12-3-07                              _____
5                                              NEW ATTORNEY
6
7  Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE
8  COURT.
9
10                                             APPROVED:
11 DATED: 12-13-07                             _____
12                                             UNITED STATES DISTRICT COURT
13                                             MAGISTRATE

2    307-mj-02640-NLS-1
                                                          CASE NO.