Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:   (714) 646-3721
Email: christian@deolivaslaw.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE DANA SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CARLOS MANUEL ARAIZA Defendant | **CASE**: 307-CR-0338-DMS-1 **DATE**: _03/28/08 **TIME**: 9:00 am **NOTICE OF MOTION; MOTION TO RESET SENTENCING** |

### NOTICE OF MOTION

**TO**: THE UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, CARLOS ARAIZA, by and through his counsel, CHRISTIAN DE OLIVAS, attorney of record will move this Court to grant the above-entitled motion, pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth,

Fifth and Sixth Amendments to the United States Constitution, hereby moves this Court to grant the above-stated motion.

**DATED**:  03/28/08            **SIGNED**:  /s/ *Christian De Olivas*

                                                                 CHRISTIAN DE OLIVAS

                                                                 ATTORNEY FOR DEFENDANT
                                                                 CARLOS ARAIZA

# MOTION

NOW COMES the Defendant, CARLOS MANUEL ARAIZA, through his attorney, and respectfully moves this Honorable Court for a **30-day** continuance of the SENTENCING date in the instant case, up to and including **May 26, 2008**. Michelle Pettit AUSA respectfully joints this motion for a continuance.

Further, the Defendant, CARLOS MANUEL ARAIZA, agrees that the period of time reflected in this continuance is excludable pursuant to 18 USCA §3161(h)(8) from the time period within which trial must commence as set forth in 18 USCA §3161(c)(1).

Respectfully Submitted,

**DATED**:  March/28/08          **SIGNED**:  /s/ *Christian De Olivas*

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
CARLOS MANUEL ARAIZA

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.

2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Motion; Motion to Reset Trial Date** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   a. Ms. Michelle Pettit, Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2008

**DATED**:   March 28, 2008          **SIGNED**:   /s/ *Christian De Olivas*

                                          CHRISTIAN DE OLIVAS

                                          ATTORNEY FOR DEFENDANT
                                          CARLOS MANUEL ARAIZA